United States District Court
Southern District of Texas
**ENTERED**
August 13, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| WILLIAM MARSH RICE UNIVERSITY,<br><br>Plaintiff,<br><br>v.<br><br>UNIDYM, INC., ARROWHEAD RESEARCH CORPORATION, MARK TILLEY, individually, AND JOHN MILLER, individually,<br><br>Defendants. | 19-081<br><br>Case No. 4:14-cv-03496 |

### FINAL JUDGMENT

On May 23, 2016, this Court entered an Order of Dismissal of all claims against Defendants Arrowhead Pharmaceuticals, Inc., Mark Tilley, and John Miller. Doc. 109. On July 19, 2016, this Court entered a default judgment against Unidym as to Rice's breach of contract claim and entered a judgment in favor of Rice in the amount of $7,047,780.25 plus interest accruing at a rate of .46% per annum from July 19, 2016 until paid and costs. Doc. 112.

Pursuant to the notice of voluntary dismissal filed by Rice on July 28, 2016, the remaining claims against Unidym have been dismissed, including claims for fraudulent inducement, fraud, and tortious interference.

TRUE COPY I CERTIFY ATTEST:
DAVID J. BRADLEY, Clerk of Court

By_____ 3/27/19
Deputy Clerk

It is, therefore, **ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded judgment against Unidym in the amount of $7,047,780.25 plus interest accruing at a rate of .46% per annum from July 19, 2016 until paid and costs.

All other relief not expressly granted is hereby **DENIED**.

This is a Final Judgment disposing of all claims of all parties.

SIGNED this 12th day of August, 2016.

_____
VANESSA D. GILMORE
UNITED STATES DISTRICT JUDGE

